JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBATRAC, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JB SQUARED, LTD., a business entity form unknown; JAGDEEP BHAURA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02294-MWF (SPx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed: 5/8/2017<br>Action Removed: 3/20/2018 |

Upon stipulation jointly made by Plaintiff GLOBATRAC, LLC, on the one hand, and Defendants JB SQUARED, LTD. And JAGDEEP BHAURA, by and through their counsel of record, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE.

2. The parties hereto are to bear their own attorneys' fees, costs, and any other expenses incurred in connection with this action.

**IT IS SO ORDERED.**

DATED: March 26, 2018

_____
Michael W. Fitzgerald
United States District Judge